JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**DOCKET NO. 756** -- In re Mellon Bank/Gateway Partnership Loan Transaction Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 88/02/12 | 1 | MOTION, BRIEF, SCHEDULE, CERT. OF SERVICE, DECLARATIONS, AND EXHIBITS A - H -- pltfs. Rick A. Stanger, et al. -- SUGGESTED TRANSFEREE DISTRICT: N.D. CALIFORNIA   (cds) |
| 88/02/22 | | APPEARANCES:  N. KIMASA SINDEL, ESQ. for Ameritas, Inc. and C. John McDonald;  ROBERT J. BLUMLING, ESQ. for majority of the defendants as listed on PASL;  CRAIG W. JONES, ESQ. for Mellon Bank, N.A.;  PAUL F. BENNETT, ESQ. for Rick A. Stanger, et al.   (cds) |
| 88/02/23 | | APPEARANCES:  KEVIN D. ALLMAND, ESQ. for Ogilvie & Taylor Sec. Corp., Inc.; and JEROME I. KASKOWITZ, ESQ. for Gateway Center Bldg. Investors, Ltd.   (cds) |
| 88/02/26 | 2 | RESPONSE/DECLARATION OF PHILLIP R. TAYLOR -- (To pldg. #1) Filed by Ogilvie & Taylor Securities Corp., Inc. -- w/cert. of svc. (rh) |
| 88/02/29 | 3 | RESPONSE, BRIEF, AFFIDAVIT (to pldg. #1) -- Mellon Bank, N.A. -- w/cert. of service   (cds) |
| 88/02/29 | 4 | RESPONSE (to pldg. #1) -- All Limited Partners of Gateway Center Building Investors Ltd. (except C. John McDonald) -- w/cert. of service   (cds) |
| 88/02/29 | 5 | RESPONSE (to pldg. #1) -- C. John McDonald and Ameritas, Inc. -- w/cert. of service   (cds) |
| 88/02/29 | 6 | RESPONSE (to pldg. #1) -- Gateway Center Building Investors, Ltd. -- w/cert. of service   (cds) |
| 88/03/08 | 7 | REPLY, SUPPLEMENTAL DECLARATION OF PHILIP R. TAYLOR, SUPPLEMENTAL DECLARATION OF PAUL F. BENNETT, DECLARATION OF STEVEN O. SIDENER, DECLARATIONS (67) FROM GATEWAY LIMITED PARTNERS -- pltfs. Rick A. Stanger, et al. -- w/cert. of service   (cds) |
| 88/04/14 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing on May 19, 1988 in Chicago, Illinois (rh) |
| 88/05/09 | 8 | LETTER WITHDRAWING MOTION -- counsel for movants Rick A. Stanger, et al. -- w/service   (cds) |

JPML FORM 1A

B.2

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 756 --

| Date | Pef. | Pleading Description |
|---|---|---|
| 88/05/17 | | ORDER DEEMING MOTION WITHDRAWN AND VACATING THE MAY 19, 1988 HEARING -- Notified involved counsel, judges and clerks (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 756 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Mellon Bank/Gateway Partnership Loan Transaction Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 5/17/88 | MW | Unpublished | | | |

### Special Transferee Information

DATE CLOSED: 5/17/88

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 756 -- In re Mellon Bank/Gateway Partnership Loan Transaction Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Mellon Bank, N.A. v. Alan K. Austin, et al. | Pa.,W. Standish | 87-1281 | | | | |
| A-2 | In the Matter of Gateway Center Building Investors, Ltd., Debtor | Mo.,E. Schermer | Advy. No. 87-0413 | | | | |
| A-3 | Rick A. Stanger, et al. v. Mellon Bank, N.A., et al. | Cal.,N. Aguilar | C-88-20048-RPA | | | | |
| A-4 | Ogilvie & Taylor Securities Corporation, Inc. v. Mellon Bank, N.A. | Cal.,N. Ingram | C-88-20074-WAI | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 756 -- In re Mellon Bank/Gateway Partnership Loan Transaction Litigation

MELLON BANK, N.A. (A-1) (also deft.)
Craig W. Jones, Esq.
Reed Smith Shaw & McClay
435 Sixth Avenue
Mellon Square
Pittsburgh, PA 15219

RICK A. STANGER, ET AL. (A-2) (also deft.)
Paul F. Bennett, Esq.
David B. Gold, Law Corp.
595 Market Street, Suite 2300
San Francisco, CA 94105

Gateway Center Building Investors, Ltd. (A-2)
Jerome I. Kaskowitz, Esq.
Blumenfeld, Sandweiss, Marx, Tureen,
  Ponfil & Kaskowitz
168 North Meramec, Suite 400
St. Louis, MO 63105

OGILVIE & TAYLOR SECURITIES CORP., INC. (A-4)

Kevin D. Allmand, Esq.
Morgan & Towery
1651 North First Street
San Jose, PR 95112


AMERITAS, INC.
C. JOHN McDONALD
N. Kimasa Sindel, Esq.
Riezman & Blitz
120 S. Central, Suite 1028
St. Louis, MO 63105

ALAN K. AUSTIN
MARIANNE P. AUSTIN
DR. WILLIAM BYARS
DR. BARRY GOLDSMITH
WILLIAM J. BARTON, JR.
SUSAN K. BARTON
THOMAS A. BECHLER
CLIFFORD BERGLUND
LOIS B. BERGLUND
THOMAS A. BRUNANSKY
COLLEEN M. BRUNANSKY
KAMLESH BULCHANDANI, M.D.
DAVID S. BUYHER
LINDA J. BUYHER
JOHN CAMPBELL
IDA COBB
DALE BUCHARD
HAROLD L. CONNELL
JAMES G. CONNELLY, III
DAVID J. BARRAM
JOAN C. BARRAM
DR. FRAZLUR KHAN
FARHAT KHAN
DR. ROBERT KNODE
MICHAEL J. LaFORTE, JR.
DIANE G. LaFORTE
LOA AI PARTNERS
JOHN THOMAS LEONARD
SALLY CROWDER LEONARD
M. PETER LILLEVAND
ROBERT G. LUSKIN
A. MAHADEVIA
ALLEN B. MALNAK, M.D.
RONALD HAYES MALONE
MAURICE S. MANDEL
MANDEL INVESTMENTS
RICHARD MANTHEI
GARY MATTHEWS

---- CONTINUED ON PAGE 2 ----

```
JPML FORM 4A -- Continuation
                                Panel Attorney Service List -- p.  2

DOCKET NO.  756    -- In re Mellon Bank/Gateway Partnership Loan Transaction Litigation
```

-- CONTINUED FROM PAGE 1 --

DR. JAMES A. MAY
FRANS N. MUSTERT
ARUN NARANG, M.D.
MARTIN NeSMITH
THOMAS P. NOYES
JANE C. NOYES
KANU K. PANCHAL
KALPANA K. PANCHAL
KENNETH A. PLOUGH
LEIGH PLOUGH
ROBERT J. POLITO
LAWRENCE F. ROESCH
LENORA A. ROESCH
DAVID ROSENGARD
ANDRE M. SALTOUN
JOSPEH L. KIRK
NeSMITH CHEVROLET -
  OLDSMOBILE-PONTIAC, INC.
MARGUERITE DEVOE
HENRY PAUL COOLER
STEPHEN C. COOPER
ARTHUR E. CRISP
JAGDISH DAVE, M.D.
DG/ATS-NEH PARTNERSHIP
ALBERT A. EISENSTAT
RAYMOND G. ELLIS
CAROL C. ELLIS
SEYMOUR B. GOREN, M.D.
DAVID GRAY
JACK O. GUY
J. GEORGE HARRIS
WILLIAM L. HUDSON
NANCY R. HUDSON
JAMES JOHNSON
RALPH JOYNES
BRUCE KAMP
LINDA K. KAMP
COLD STORAGE OF NEW ULM, INC.
CRAWFORD BEVERIDGE
MARK SCHAFFER
JEFFREY A. SCHMIDT
MARY BETH SCHMIDT
ROBERT G. SCHULTZ
ROSE MARIE SCHULTZ
DR. SETH A. SCHWARTZ
CARL SCICHILI
A. TIMOTHY SCOTT

NANCY E. HOWARD
SHIRISH N. SHAH
ANSU SHAH
DR. ROBERT SMITH
CHARLOTTE A.R. SMITH
TOWER C. SNOW, JR.
RICH A. STANGER
KAREN S. STANGER
WILLIAM C. STITT
ROGER STOLL
PETER F. SZABO
GERALD H. TAYLOR
DR. WILLIAM TINGLE
STEPHEN M. TYRRELL
DANIEL J. ULLYOT
PAUL K. VanYE
ROY H. WEAVER, JR.
VERNA T. WEAVER
MICHAEL A. WITT
LISA M. WITT
E. OSCAR WRIGHT
ALLAN I. ZACKLER
NANCY P. ZACKLER
GLENN ZUMBEHL
CATHY R. ZUMBEHL
THOMAS NEVILLE
MARK T. ZIEMENDORF

**Robert J. Blumling, Esq.**
Lampl, Sable, Makoroff
  & Libenson
710 Fifth Ave., Suite 3000
Pittsburgh, PA  15219

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 756 -- In re Mellon Bank/Gateway Partnership Loan Transaction Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Alan A. Austin | A-1 |
| Marinane P. Austin | A-1 |
| David J. Barram | A-1 |
| Joan C. Barram | A-1 |
| William J. Barton, Jr. | A-1 |
| Susan K. Barton | A-1 |
| Thomas A. Bechler | A-1 |
| Clifford Berglund | A-1 |
| Lois B. Berglund | A-1 |
| Crawford Beveridge | A-1 |
| Marguerite Devoe | A-1 |

p. 2

| | |
|---|---|
| Thomas A. Brunansky | A-1 |
| Colleen M. Brunansky | A-1 |
| Kamlesh V. Bulchandani, M.D. | A-1 |
| David S. Buyher | A-1 |
| Linda J. Buyher | A-1 |
| William P. Byars, M.D. | A-1 |
| Barry J. Goldsmith, M.D. | A-1 |
| John F. Campbell | A-1 |
| Ida J. Cobb | A-1 |
| Cold Storage of New Ulm, Inc. | A-1 |
| Dale Buchard | A-1 |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 756 -- IN re Mellon Bank/Gateway Partnership Loan Transaction Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Harold L. Connell | A-1 |
| James G. Connelly, III | A-1 |
| Henry Paul Cooler | A-1 |
| Stephen C. Cooper | A-1 |
| Arthur E. Crisp, Sr. | A-1 |
| DG/ATS-NEH Partnership | A-1 |
| Jagdish C.M. Dave, M.D. | A-1 |
| Albert A. Eisenstat | A-1 |
| Raymond G. Ellis | A-1 |
| Carol C. Ellis | A-1 |
| Seymour B. Goren | A-1 |

| | |
|---|---|
| David W. Gray, Jr. | A-1 |
| Pamela A. Gray | A-1 |
| Jack O. Guy | A-1 |
| J. George Harris | A-1 |
| William L. Hudson | A-1 |
| Nancy R. Hudson | A-1 |
| James A. Johnson | A-1 |
| Ralph C. Joynes | A-1 |
| Bruce I. Kamp | A-1 |
| Linda K. Kamp | A-1 |
| Fazlur R. Khan, M.D. | A-1 |

JPML FORM 3

p. 5

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 756 -- In re Mellon Bank/Gateway Parnership Loan Transaction Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Farhat F. Khan | A-1 |
| Robert E. Knode, M.D. | A-1 |
| Joseph L. Kirk | A-1 |
| Lao Ai Partners | A-1 |
| Michael J. Laforte, Jr. | A-1 |
| Diane G. Laforte | A-1 |
| John Thomas Leonard | A-1 |
| Sally Crowder Leonard | A-1 |
| M. Peter Lillevand | A-1 |
| Robert G. Luskin | A-1 |
| Akshay K. Mahadevia, M.D. | A-1 |

p. 6

| | |
|---|---|
| Allan B. Malnak, M.D. | A-1 |
| Ronald Hayes Malone | A-1 |
| Mandel Investments | A-1 |
| Maurice S. Mandel | A-1 |
| Richard D. Manthei | A-1 |
| Gary Matthews | A-1 |
| Dr. James A. May | A-1 |
| C. John McDonald | A-1, A-3 |
| Frans N. Mustert | A-1 |
| Arun Narang, M.D. | A-1 |
| Nesmith Chevrolet-Oldsmobile-Pontiac, Inc. | A-1 |

JPML FORM 3

p. 7

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 756 -- In re Mellon Bank/Gateway Parnership Loan Transaction Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Martin W. Nesmith | A-1 |
| Thomas B. Neville | A-1 |
| Thomas P. Noyes | A-1 |
| Jayne C. Noyes | A-1 |
| Kanu K. Panchal | A-1 |
| Kalpana K. Panchal | A-1 |
| Kenneth A. Plough | A-1 |
| Leigh Plough | A-1 |
| Robert J. Polito | A-1 |
| Lawrence F. Roesch | A-1 |
| Lenore A. Rosech | A-1 |

p. 8

| | |
|---|---|
| David N. Rosengard | A-1 |
| Andre M. Saltoun | A-1 |
| Mark Schaffer | A-1 |
| Jeffrey A. Schmidt | A-1 |
| Mary Beth | A-1 |
| Shea Schmidt | A-1 |
| Robert Gerald Schultz | A-1 |
| Rose Marie Schultz | A-1 |
| Seth A. Schwartz, M.D. | A-1 |
| Carl J. Scichili | A-1 |
| A. Timothy Scott | A-1 |

JPML FORM 3

p. __9__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __756__ -- In re Mellon Bank/Gateway Partnership Loan Transaction Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Nancy E. Howard | A-1 |
| Shirish N. Shah | A-1 |
| Ansu Shah | A-1 |
| Robert R.L. Smith, M.D. | A-1 |
| Charlotte A.R. SMith | A-1 |
| Tower C. Snow, Jr. | A-1 |
| ✓ Rick A. Stanger | A-1 |
| Karen S. Stanger | A-1 |
| William C. Stitt | A-1 |
| Roger G. Stoll | A-1 |
| Peter F. Szabo | A-1 |

p. 10

| | |
|---|---|
| Gerald H. Taylor | A-1 |
| William F. Tingle, M.D. | A-1 |
| Stephen M. Tyrrell | A-1 |
| Daniel J. Ullyot | A-1 |
| Paul K. Vanye | A-1 |
| Roy H. Weaver, Jr. | A-1 |
| Verna T. Weaver | A-1 |
| Michael A. Witt | A-1 |
| Lisa M. Witt | A-1 |
| E. Oscar Wright | A-1 |
| Allan I. Zackler | A-1 |

JPML FORM 3

p. 11

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 756 -- In re Mellon Bank/Gateway Partnership Loan Transaction Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Nancy P. Zackler | A-1 |
| Mark T. Ziemendorf | A-1 |
| Glenn E. Zumbehl | A-1 |
| Cathy R. Zumbehl | A-1 |
| Mellon Bank, N.A. | A-2, A-3, A-4 |
| Ameritas, Inc. | A-3 |