

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

MAY 17 1988

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 756

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE MELLON BANK/GATEWAY PARTNERSHIP LOAN TRANSACTION LITIGATION

ORDER DEEMING MOTION WITHDRAWN
AND
VACATING THE MAY 19, 1988 HEARING

    This matter is before the Panel pursuant to a motion, under 28 U.S.C. §1407, to transfer the Pennsylvania action and the Missouri action listed on the attached Schedule A to the Northern District of California for coordinated or consolidated pretrial proceedings with two actions pending there and listed on Schedule A.  Rick A. Stanger and Robert J. Polito, the plaintiffs in one California action, are the Section 1407 movants in this matter.  They now request withdrawal of their Section 1407 motion on the grounds that 1) separate orders have been entered in the two California actions transferring those actions, pursuant to 28 U.S.C. §1404(a), to the Western District of Pennsylvania; and 2) an order has been entered in the Missouri action transferring that action, pursuant to 28 U.S.C. §1412, to the Western District of Pennsylvania.  In view of the fact that all actions subject to the Section 1407 motion are now pending in the Western District of Pennsylvania, withdrawal of the Section 1407 motion is appropriate on mootness grounds.

    IT IS THEREFORE ORDERED that movants' request to withdraw their Section 1407 motion be granted, and that the motion be, and the same hereby is, DEEMED WITHDRAWN.

    IT IS FURTHER ORDERED that the Hearing Order and attached Schedule filed on April 14, 1988, be, and the same hereby are, VACATED insofar as they relate to the above-captioned litigation.

                                            FOR THE PANEL:

                                            Andrew A. Caffrey
                                            Chairman

SCHEDULE A

MDL-756 -- In re Mellon Bank/Gateway Partnership Loan Transaction Litigation

Western District of Pennsylvania

Mellon Bank, N.A. v. Alan K. Austin, et al., C.A. No. 87-1281

Eastern District of Missouri

In the Matter of Gateway Center Building Investors, Ltd., Debtor, Advy. No. 87-0413

Northern District of California

Rick A. Stanger, et al. v. Mellon Bank, N.A., et al., C.A. No. C-88-20048-RPA

Ogilvie & Taylor Securities Corporation, Inc. v. Mellon Bank, N.A., C.A. No. C-88-20074-WAI